IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ORLANDUS CLARK, R56548, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:24-CV-1078-MAB[1] |
| LEANNA WILLIAMS, | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by Order dated November 22, 2024, (Doc. 21), this action was **DISMISSED with prejudice** in its entirety pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

**DATED: November 22, 2024**

  MONICA A. STUMP,
  Clerk of Court

  BY: _s/Jo Ann Juengel_____
      **Deputy Clerk**

APPROVED: **/s/ Mark A. Beatty**
           **MARK A. BEATTY**
           **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the Plaintiff pursuant to 28 U.S.C. §636(c) (*see* Doc. 10), and by the Memorandum of Understanding between the Illinois Department of Corrections and the Court, *see* Administrative Order 259, dated March 9, 2020.